**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LORIAN POWE, individually and<br>on behalf of others similarly situated,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | **CIV. ACT. NO. 1:21-cv-398-TFM-N** |
| ) | |
| HUNTER WARFIELD, INC.,      ) | |
| ) | |
| Defendant.      ) | |

## <u>JUDGMENT</u>

On February 22, 2022, Defendant Hunter Warfield, Inc., served an offer of judgment to Plaintiff Lorian Powe, in the total amount of $8,627.00, to resolve all claims alleged in Plaintiff's Complaint (Doc. 1), including costs and attorney's fees.  Doc. 20.  Plaintiff accepted the offer of judgment on February 22, 2022 and filed the Offer and Acceptance pursuant to Fed. R. Civ. P. 68. Doc. 20-1.

Pursuant to Fed. R. Civ. P. 68, upon filing of the Offer of Judgment and Acceptance thereof with proofs of service, "[t]he clerk must then enter judgment."

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is **GRANTED** in favor of Plaintiff, individually.  Plaintiff Lorian Powe (individually) shall recover from Defendant Hunter Warfield, Inc., the sum of eight thousand, six hundred, twenty-seven and 00/100 dollars ($8,627.00), and the Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.[1]

---

[1] This judgment has no bearing on the claims brought "on behalf of others similarly situated" and those claims are **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the 23rd day of February 2022.

          s/Terry F. Moorer             
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE